IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN JUAREZ, et al., | CASE NO. CV F 13-00485 LJO SAB |
| Plaintiff, | **ORDER TO VACATE HEARING, TO SET BRIEFING, AND TO SUPPLEMENT PAPERS** |
| vs. | (Doc. 4.) |
| SUNTRUST MORTGAGE, INC., et al., | |
| Defendants. / | |

**PRELIMINARY STATEMENT TO PARTIES AND COUNSEL**

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters. This Court must avoid devotion of resources to unfruitful matters, such as motions which become moot, and must take measures to maximize limited judicial resources and staff.

The parties are required to consider, or reconsider, consent to a U.S. Magistrate Judge to conduct all further proceedings in that the Magistrate Judges' availability is far more realistic and accommodating to parties than that of U.S. District Judge Lawrence J. O'Neill who must prioritize criminal and older civil cases. U.S. Magistrate consent forms are available on this Court's website.

Civil trials set before Judge O'Neill trail until he becomes available and are subject to suspension mid-trial to accommodate criminal matters. Civil trials are no longer reset to a later date if Judge O'Neill is unavailable on the original date set for trial. If a trial trails, it may proceed with little advance notice, and the parties and counsel may be expected to proceed to trial with less than 24 hours notice. Moreover, this Court's Fresno Division randomly and without advance notice reassigns civil actions to

U.S. District Judges throughout the nation to serve as visiting judges. This action is under consideration for such reassignment. In the absence of Magistrate Judge consent, this action is subject to reassignment to a U.S. District Judge from outside the Eastern District of California.

The parties and counsel are encouraged to contact United States Senators Diane Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this action. For further information regarding handling of this action, the parties may contact staff attorney Gary Green at (559) 499-5683 or email him at ggreen@caed.uscourts.gov.

## ORDER

On April 10, 2013, defendant Suntrust Mortgage, Inc. ("Suntrust") filed its F.R.Civ.P. 12(b)(6) motion to dismiss plaintiffs' complaint and set a May 16, 2013 hearing. Suntrust lacked the benefit of the complete complaint and claims that pages were missing from the copy of the complaint served on it. As such and on the basis of good cause, this Court:

1. ORDERS Suntrust, no later than April 19, 2013, to file and serve papers, at its option, to supplement its motion to dismiss as to the complaint's missing pages and, in particular, to address the negligence claim. Suntrust's supplemental papers shall not exceed five pages;

2. ORDERS plaintiffs, no later than May 2, 2013, to file and serve either: (a) an amended complaint as a matter of course under F.R.Civ.P. 15(a)(1); or (b) papers to oppose Suntrust's motion to dismiss;

3. ORDERS Suntrust, no later than May 9, 2013, to file and serve, if appropriate and at is option, reply papers for its motion to dismiss; and

4. VACATES the May 16, 2013 hearing set by Suntrust.

This Court's practice is to rule on motions on the record and to set oral argument only as it deems necessary.

IT IS SO ORDERED.

**Dated:   April 12, 2013**           /s/  Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE